UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **KEITH GABLE** | **PLAINTIFF** |
| **VS.** | **CAUSE NO. 1:18cv124-HSO-JCG** |
| **FARRAH WILLIAMS HALL and** <br> **UNITED STATES DEPARTMENT OF** <br> **AGRICULTURE RURAL HOUSING SERVICE** | **DEFENDANTS** |
| **MARILYN MORAN** | **THIRD PARTY DEFENDANT** |
| **FARRAH WILLIAMS HALL** | **COUNTER CLAIMANT** |

### NOTICE OF SERVICE OF PLAINTIFF and THIRD PARTY DEFENDANT'S DESIGNATION OF EXPERTS

Notice is hereby given that on this date, the Plaintiff, Keith Gable, and Third Party Defendant, Marilyn Moran, filed their Designation of Experts in the above matter.

Dated this the __19th__ day of September, 2018.

                Respectfully submitted,

                **KEITH GABLE and MARILYN MORAN**

                BY: ___s/ Scott Corlew___
                      **SCOTT CORLEW (MSB 10333)**

Scott Corlew (MSB# 10333)
CORLEW LAW FIRM PLLC
Post Office Box 808
Pascagoula, MS 39568
Telephone: (228) 202-5176
Facsimile: (228) 202-5177
scott@corlewlaw.com

**CERTIFICATE OF SERVICE**

I, **SCOTT CORLEW**, attorney for the Plaintiff, **Keith Gable** and Third Party Defendant, **Marilyn Moran,** do hereby certify that I have this day mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Notice of Designation of Experts to:

Robert E. O'Dell
P.O. Box 5206
Vancleave, MS 39565

Cynthia L. Eldridge
Assistant United States Attorney
U.S. Attorney's Office
1575 20th Avenue
Gulfport, MS 39501

**DATED**, this the 19th day of September, 2018.

BY: s/ Scott Corlew
**SCOTT CORLEW (MSB 10333)**
Attorney for the Plaintiff


Scott Corlew (MSB# 10333)
CORLEW LAW FIRM PLLC
3106 Canty St
Post Office Box 808
Pascagoula, Ms 39568
Telephone: (228) 202-5176
Facsimile: (228) 202-5177
scott@corlewlaw.com